JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON ACADEMY, LLC,<br>Plaintiff,<br>v.<br>HASSAN MAHMOUD, et al.,<br>Defendants. | CV 25-7458 PA (JCx)<br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's August 18, 2026 Order granting in part the Application for Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by plaintiff Icon Academy, LLC ("Plaintiff"), and dismissing this action subject to terms that the Court considers proper,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice as to Plaintiff's federal claims, including any claims arising under the Defend Trade Secrets Act and the Lanham Act, and without prejudice as to Plaintiff's state-law claims. The parties may use discovery obtained in this action in the pending Los Angeles County Superior Court proceeding, to the extent permitted by applicable law and the orders of the court presiding over that proceeding, or any future litigation arising out of the same operative facts as those in this action.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its own costs of suit.

IT IS SO ORDERED.

DATED: August 18, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE